## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FRAZIER, JR. ) | |
| ) | Civil Action No. 12-1035 |
| Plaintiff, ) | |
| ) | Judge Terrence F. McVerry |
| v. ) | |
| ) | |
| ERIC K. SHINSEKI, SECRETARY OF ) | (Electronically Filed) |
| VETERANS AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO: Clerk of Court
      United States District Court
      Western District of Pennsylvania

    And now comes Jennifer R. Andrade, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters her appearance as lead attorney to be noticed for Defendant in the above-captioned case, in order to ensure that she receives electronic notice of all documents filed in this proceeding.

    Respectfully submitted,

    DAVID J. HICKTON
    United States Attorney

    s/ Jennifer R. Andrade
    JENNIFER R. ANDRADE
    Assistant U.S. Attorney
    Western District of PA
    U.S. Post Office & Courthouse
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    PA ID No. 94685

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing Notice of Appearance was served via electronic filing and/or first-class mail upon the following:

James S. Frazier, Jr.
P.O. Box 224
McKeesport, PA 15134

Dated:   June 25, 2013                                             s/ Jennifer R. Andrade
                                                                              JENNIFER R. ANDRADE
                                                                              Assistant U. S. Attorney