IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FRAZIER, JR. ) | |
| ) | Civil Action No. 12-1035 |
| Plaintiff, ) | |
| ) | Judge Terrence F. McVerry |
| v. ) | |
| ) | |
| ERIC K. SHINSEKI, SECRETARY, ) | |
| DEPARTEMENT OF VETERANS ) | |
| AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 9th day of July, 2013, upon consideration of the Motion for Enlargement of Time to Answer, Plead, or Otherwise Respond to Plaintiff's Amended Complaint, filed by the Defendant, and any response thereto;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED;

IT IS FURTHER ORDERED that Defendant shall answer, plead, or otherwise respond to Plaintiff's Amended Complaint on or before August 30, 2013.

s/ Terrence F. McVerry
UNITED STATES DISTRICT JUDGE

cc: James Frazier, Jr., *Pro se*
Jennifer R. Andrade, AUSA