IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES FRAZIER, JR. | ) | |
| | ) | Civil Action No. 2:12-cv-1035 |
| Plaintiff, | ) | |
| | ) | Judge Terrence F. McVerry |
| v. | ) | |
| | ) | |
| ERIC K. SHINSEKI, SECRETARY, | ) | |
| DEPARTMENT OF VETERANS | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2014, upon consideration of Plaintiff's Motion for Leave to File a Reply to Defendant's Response to Plaintiff's Motion for Reconsideration of this Court's Order of March 14, 2014 is hereby GRANTED.  Plaintiff shall file a Reply not exceeding five (5) pages in length on or before April 16, 2014.

BY THE COURT:

_____

United States District Judge Terrence F. McVerry