IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES FRAZIER, JR. | ) | |
| | ) | Civil Action No. 12-1035 |
| Plaintiff, | ) | |
| | ) | Judge Terrence F. McVerry |
| v. | ) | |
| | ) | |
| ERIC K. SHINSEKI, SECRETARY, | ) | |
| DEPARTMENT OF VETERANS | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF COURT

AND NOW, this __15th__ day of __May__ 2014, the parties' Joint Motion for A Limited Extension of the Discovery Period is hereby GRANTED. As set forth in the parties' Joint Motion, the parties' discovery period is extended, for the limited purpose of scheduling and taking depositions, until forty-five (45) days after the date that all responsive documents in this matter have been produced. Additionally, the parties' discovery period is extended, for the purpose of moving to compel the production of further discovery responses, until thirty (30) days after the date that all responsive documents in this matter have been produced. The parties shall promptly inform the Court of the date that responsive documents in this matter have been produced.

**SO ORDERED**, this __15th__ day of __May__, 2014.

BY THE COURT:

s/ Terrence F. McVerry
_____
United States District Judge Terrence F. McVerry