# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FRAZIER, JR., ) | |
| ) | Civil Action No. 12-1035 |
| Plaintiff, ) | |
| ) | Judge Terrence F. McVerry |
| v. ) | |
| ) | |
| ERIC K. SHINSEKI, SECRETARY, ) | |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF DISCOVERY

Defendant, Eric K. Shinseki, Secretary, Department of Veterans Affairs, by his attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Jennifer R. Andrade, Assistant United States Attorney, respectfully submit notification that Defendant served Plaintiff with its final production of documents on Friday, August 29, 2014. As reflected in the attached FedEx delivery confirmation, the package was delivered to Counsel for Plaintiff on Tuesday, September 2, 2014.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

s/Jennifer R. Andrade
JENNIFER R. ANDRADE
Assistant U.S. Attorney
U.S. Courthouse and Post Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7354

# CERTIFICATE OF SERVICE

I hereby certify that I have served this date a copy of the within *Notice of Service of Discovery,* by mail or electronic filing, upon the following:

Vincent J. Mersich
Law Office of Vincent J. Mersich, LLC
400 Market Street
Elizabeth, PA 15037

Date:   September 3, 2014                                       s/Jennifer R. Andrade
                                                                                          JENNIFER R. ANDRADE
                                                                                          Assistant U.S. Attorney