IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FRAZIER, JR.,   ) | |
| ) | Civil Action No. 12-1035 |
| Plaintiff,   ) | |
| ) | Judge Terrence F. McVerry |
| v.   ) | |
| ) | |
| ROBERT A. McDONALD, SECRETARY, ) | |
| DEPARTMENT OF VETERANS   ) | |
| AFFAIRS,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER

**AND NOW**, this  22nd  day of  December , 2014, upon consideration of the Defendant's Motion for a Status/Settlement Conference:

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**, and that a Status/Settlement Conference is hereby scheduled for   8:30   AM on the  5th  day of  January , 20 15 . All parties and necessary representatives shall be present with full settlement authority.

BY THE COURT:


 s/ Terrence F. McVerry
UNITED STATES DISTRICT JUDGE


cc:   Vincent J. Mersich, Esquire
Email: vincent.mersich@outlook.com

Jennifer R. Andrade, Esquire
Email: jennifer.andrade@usdoj.gov